[No. 14247-3-II.  Division Two.  April 29, 1993.]

THE STATE OF WASHINGTON, *Appellant,* v. JAMES R. HELLER, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 90-1-03134-1, Arthur W. Verharen, J., entered September 12, 1990. *Reversed* by unpublished opinion per Petrich, J., concurred in by Alexander, C.J., and Morgan, J.

[No. 14591-0-II.  Division Two.  April 29, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH HEBERT, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 90-1-00501-0, William J. Kamps, J., entered January 9, 1991. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Alexander, C.J., and Morgan, J.

[No. 14820-0-II.  Division Two.  April 29, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. TERRY L. WEBER, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 90-1-00089-1, Karen B. Conoley, J., entered March 27, 1991. *Affirmed* by unpublished opinion per Wieland, J. Pro Tem., concurred in by Petrich, J., and Swanson, J. Pro Tem.